UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 5:11-115 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| | ) | |
| LATASHA RANKIN, | ) | |
| Defendants | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court on the Magistrate Judge's recommended disposition (DE 92) regarding the defendant's reported violations of her supervised release conditions. At the revocation hearing, the defendant stipulated to the violations and the parties agreed that objections to the recommended disposition must be filed by July 10, 2013. No party has filed objections and the defendant has waived her allocution rights. (DE 93).

The Court has reviewed the recommendation and finds its analysis sound. Accordingly, the Court hereby ADOPTS the recommended disposition in its entirety as the Court's opinion and will enter a judgment consistent with this order and the recommendation.

Entered July 11, 2014.

*signature*

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY